Beatrice O'Connor, Appellant, v. Anthony H. Werneke, Respondent, Impleaded with Others.— Order affirmed, with ten dollars costs and dis-

bursements. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.